No. 625, Misc. WHITE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 627, Misc. PARKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 628, Misc. STEWART *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 642, Misc. WILLIAMS *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 684, Misc. HENDERSON *v.* RANDOLPH, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 108. COMMISSIONER OF INTERNAL REVENUE ET AL. *v.* P. G. LAKE, INC., ET AL., *ante,* p. 260;

No. 804. BOUZIDEN *v.* UNITED STATES, *ante,* p. 927;

No. 832. UNITED STATES EX REL. CANTISANI *v.* HOLTON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 932; and

No. 444, Misc. GOULD *v.* FLOETE, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL., *ante,* p. 922. Petitions for rehearing denied.

No. 738. CAUDLE *v.* UNITED STATES; and

No. 739. CONNELLY *v.* UNITED STATES, *ante,* p. 921. Petitions for rehearing denied. MR. JUSTICE CLARK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.